**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 11, 2019

**BY E-MAIL & ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re:     *United States v. William Bazemore et al.*, 19 Cr. 006 (AT)

Dear Judge Torres:

The Government writes to respectfully request a one-week adjournment of the deadline for the Government to file an opposition to the motions filed by defendant William Bazemore. The parties have been engaged in substantive negotiations to reach a pre-trial resolution of the case and expect to conclude those negotiations within the next two weeks. The Government therefore requests that the opposition deadline currently scheduled for **October 16, 2019** be adjourned to **October 23, 2019**, and that the corresponding reply deadline be adjourned to **October 30, 2019.** The Government would also therefore request an approximate one week adjournment of the status conference currently scheduled for **October 30, 2019**.

Finally, the Government requests that time be excluded under the Speedy Trial Act through the date of the status conference pursuant to 18 U.S.C. § 3161(h)(7)(A) so that the parties can continue discussing a pretrial disposition of the case.

Counsel for William Bazemore consents to these requests.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by:      /s/
Jacqueline Kelly, Danielle Sassoon,
& Lauren Schorr Potter
Assistant United States Attorneys
(212) 637-2456

cc:     All counsel by ECF