TRULINCS 86611054 - BAZEMORE, WILLIAM - Unit: BRO-J-B

------------------------------------------------------------------------------------------

Clerk of the Courts,

For my name is Mr. William Bazemore, my Federal Registration Number is 86611-054, and I'm housed here at the MDC Brooklyn (Pre-trial/Transit Build.), Located at P.O. Box 329002, Brooklyn, Ny 11232.

And the sole purpose of this letter, but not limited to, is to share with the courts in it's entirety the clear, blatant, and overwhelming disrespect as well as mockery that's being displayed by the prosecution concerning a matter before the courts in the name of CR. NO 19-006. And it's full accompaniments...

For in doing so they (prosecution) have also violated several Constitutional Rights' of mines and those granted me by the courts as it concerns fairness and due process.

Such violations are listed as:
*Title 8: Supplementary And Special Proceedings;
Under Rule 41. Search and Seizure.
(a) Scope and definitions.
(1) Scope. The rule does not modify any statue regulating search or seizure, or the issuance and execution of a search warrant in special circumstances.

Of which the (prosecution agent(s)) of the courts committed when they seized articles that were not listed within the Application of the Warrant - itself nor the actual warrant and/or those (article) mentioned initially and were given authority for seizure due to probable cause and/of the "good-faith clause".

Also, their (prosecution) being overbearing for pursuing of evidence that was thus used in entirely another case of which the government sought and obtained prosecution for already, including a verdict - by way of plea agreement.

As well, their (prosecutions') determining of substance' based on the sought leverage deemed worthy to exhibit to the courts for seeking a conviction in this very case as it deal with testimony of co-defenants, literally bogus evidence, and especially that of a drug amount never found upon my residence, nor my physical person; nor described within the inital search warrant; or a nature as it deals with being able to factor in the possessive statue itself concerning again the illegal search and seizure of electronic articles.

Other violations are:
Title 8: Supplementary and special proceedings;
Under Rule 41.
(d) Obtaining a warrant
(1) In general, after receiving an affidavit or other information, a magistrate Judge --- or if authorized by Rule 41(b), a Judge of state court of records "MUST" issues a warrant if there is probable cause to search for and seize a person or property to install and use a tracking device.

Another clear violation of:
Title 8: Supplementary and special proceedings;
Under 41.
(e) Issuing the warrant.
(2) Contents of the warrant.
(A) Warrant to search for and seize a person or property.

Except for a tracking-device warrant, the warrant "MUST" identify the person or property to be searched, identify any person or property seized, and designate the Magistrate Judge to whom it "MUST" be returned. The warrant "MUST" command the officer to:

(i) Execute the warrant within an specified time no longer than 14 days;
(ii) Execute the warrant during the daytime, unless the Judge for good expressly authorizes execution at another

---

time; and
      (iii) Return the warrant to the Magistrate Judge designated in the warrant.

      Another clear violation of:
      Title 8: Supplementary and special proceedings;
      (f) Executing and returning the warrant.
        (1) Warrant to search for and seize a person or property.
          (A) Noting the time. The officer executing the warrant "MUST" enter on it the "exact date and time" it was executed.

Therefore in mild conclusion, due to the heinous violation of the prosecution and its various forms of mockery upon the courts as well as my vested rights do I humbly request of the courts to accept this letter as a duly served notice concerning the grave and unbecoming conduct of the prosecution of this matter before the courts as stated above in case No. 19-006.

Along with Pro Se motion nature to be granted under a request for a full acquittal.

Respectfully Submitted;

William Bazemore
Date: October 10, 2019

*Wrong*

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

(1) Apple iPhone Model A1660, IMEI Number
355341084627537; (2) LG Model LS676, IMEI Num

)
)
)
)
)
)

Case No. **18 MAG 7032**

## APPLICATION FOR A SEARCH AND SEIZURE WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

(1) a Black Samsung Galaxy J7 (SM-J727VL), IMEI Number 354727087415634, and (2) a White LG Tribute HD (LS676), MEID Number 089669044003696263

located in the _____ Southern _____ District of _____ New York _____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attached Affidavit and its Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section(s) | Offense Description(s) |
|---|---|
| 21 USC 841, 846 | Narcotics Trafficking |
| 18 USC 371, 922, 924(c), 1591, | Illegal possession of firearms; sex trafficking; Mann Act violations; Travel Act violations; |
| 1594, 1952, 2421 | and conspiracy to do the same |

The application is based on these facts:

See Attached Affidavit and its Attachment A

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Antoinette Guzman, Special Agent, USAO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __AUG 15 2018__

_____
*Judge's signature*

City and state:  New York, NY

Hon.Stewart D. Aaron USMJ, SDNY
*Printed name and title*

STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

US_000366

18 MAG 7088

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>(1) Apple iPhone Model A1660, IMEI Number<br>355341084627537; (2) LG Model LS676, IMEI Number<br>*No match* 35726908977663 | )<br>)<br>)   Case No.<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Southern _____ District of _____ New York _____
*(identify the person or describe the property to be searched and give its location)*:

*No match* (1) Apple iPhone Model A1660, IMEI Number 355341084627537; (2) LG Model LS676, IMEI Number 357269089776

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment A

The search and seizure are related to violation(s) of *(insert statutory citations)*:     No Date

21 USC 841 and 846; 18 USC 371, 922, 924(c), 1591, 1594, 1952, and 2421

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____

                                                        *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.     ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the Clerk of the Court.
☑ Upon its return, this warrant and inventory should be filed under seal by the Clerk of the Court. _____

                                                      *USMJ Initials*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for _____ 30 _____ days *(not to exceed 30)*.
         ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    8/15/2018    10:07 am       _A. C._ _____
                                                             *Judge's signature*

City and state:    New York, NY              Hon. Stewart D. Aaron USMJ, SDNY
                                                        *Printed name and title*

US_000385